```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 16-02558-RNO
Miguelina Abreu                                                         Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: AGarner              Page 1 of 2             Date Rcvd: Feb 23, 2017
                              Form ID: ordsmiss          Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2017.
db            +Miguelina Abreu,    596 N. Wyoming St., Apt. 2,    Hazleton, PA 18201-4383
4802113        Berkheimer Associates,    Agent for Hazleton ASD,    1883 Jory Rd.,    Pen Argyl, PA 18072
4802117       ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Center,     250 Mt. Lebanon Blvd., Suite 420,
               Pittsburgh, PA 15122)
4802114       +Carlisle Medical Group, LLC,    366 Alexander Spring Rd.,    Carlisle, PA 17015-9167
4802115       +Citifinancial Bankruptcy Dept.,    P.O. Box 6042,    Sioux Falls, SD 57117-6042
4802116       +City of Hazleton - Tax Office,    40 N. Church St.,    City Hall, 1st Floor,
               Hazleton, PA 18201-5862
4802118        Collection Service Center,    P.O. Box 560,    New Kensington, PA 15068-0560
4802120        Designed Receivable Solutions,    1 Centerpointe Dr., Ste. 450,    La Palma, CA 90623-1089
4802121       +Foundation Radiology Group,    Three Gateway Ctr., 20th Fl,    401 Liberty Ave., Ste. 2000,
               Pittsburgh, PA 15222-1029
4802122        Greater Hazleton Joint Sewer Authority,    500 Oscar Thomas Drive,    P.O. Box 651,
               Hazleton, PA 18201-0651
4802124        Hazleton City Authority,    400 E. Arthur Gardner Pkwy.,    Hazleton, PA 182010-7395
4802127       +Law Offices of Gregory Javardian,    1310 Industrial Boulevard,    1st Floor, Suite 101,
               Southampton, PA 18966-4030
4802128       +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
4802129       +Luzerne County Tax Claim Bureau,    c/o Northeast Revenue Service,    200 N. River St.,
               Wilkes-Barre, PA 18711-1004
4802131       +Luzerne County Tax Claim Bureau,    1170 Highway 315, Suite 2,    Plains, PA 18702-6929
4802133       +NACC,   1 Allied Dr.,    Trevose, PA 19053-6945
4802134        NY Violations Processing Center,    P.O. Box 15186,    Albany, NY 12212-5186
4802139        PPL Electric Utilities,    827 Hausman Rd.,    Allentown, PA 18104-9392
4802136        Penn Credit Corp.,    916 South 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4802107       +E-mail/Text: seinhorn@ars-llc.biz Feb 23 2017 18:53:27     ACC, LLC,    PO BOX 264,
               TAYLOR, PA 18517-0264
4802108        EDI: AFNIRECOVERY.COM Feb 23 2017 18:58:00     AFNI,    P.O. Box 3097,
               Bloomington, IL 61702-3097
4802109        EDI: HNDA.COM Feb 23 2017 18:58:00     AMERICAN HONDA FINANCE,    20800 MADRONA AVE,
               TORRANCE, CA 90503
4802110        EDI: HNDA.COM Feb 23 2017 18:58:00     American Honda Finance Corporation,    P.O. Box 168088,
               Irving, TX 75016-8088
4802111       +EDI: AIS.COM Feb 23 2017 18:58:00     American Infosource LP as agent for,    Verizon,
               P.O. Box 248838,    Oklahoma City, OK 73124-8838
4802112        EDI: BANKAMER.COM Feb 23 2017 18:58:00     Bank of America,    Bankruptcy Department,
               4161 Piedmont Pkwy.,    NC4-105-03-14,    Greensboro, NC 27410
4802119       +EDI: CCS.COM Feb 23 2017 18:58:00     Credit Collection Service,    P.O. Box 9134,
               Needham, MA 02494-9134
4802123        E-mail/Text: bankruptcy.bnc@ditech.com Feb 23 2017 18:53:15     Green Tree Bankruptcy Dept.,
               P.O. Box 6154,    Rapid City, SD 57709
4802125       +EDI: HFC.COM Feb 23 2017 18:58:00     HSBC Card Services,    P.O. Box 80084,
               Salinas, CA 93912-0084
4802126       +EDI: HFC.COM Feb 23 2017 18:58:00     HSBC Mortgage Services,    636 Grand Regency Boulevard,
               Brandon, FL 33510-3942
4802135        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 23 2017 18:53:17     PA Dept. of Revenue,
               Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0496
4802137        EDI: PRA.COM Feb 23 2017 18:58:00     Portfolio Recovery Associates LLC,    120 Corporate Blvd,
               Norfolk, VA 23502
4802138        EDI: PRA.COM Feb 23 2017 18:58:00     Portfolio Recovery Associates, LLC,    P.O. Box 41067,
               Norfolk, VA 23541
4802140       +E-mail/Text: bankruptcy@remitcorp.com Feb 23 2017 18:53:19     Remit Corp.,
               36 West Main Street,    P.O. Box 7,    Bloomsburg, PA 17815-0007
4845903        E-mail/Text: bankruptcy.bnc@ditech.com Feb 23 2017 18:53:15
               The Bank of New York Mellon Trust Company, N.A.,    c/o Ditech Financial LLC,    PO Box 6154,
               Rapid City, SD 57709-6154
4802141       +EDI: VERIZONEAST.COM Feb 23 2017 18:58:00     Verizon Bankruptcy Dept.,    500 Technology Drive,
               Suite 550,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4828203*       American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK 73124-8838
4802130*      +Luzerne County Tax Claim Bureau,    c/o Northeast Revenue Service,    200 N. River St.,
               Wilkes-Barre, PA 18711-1004
4802132*      +Miguelina Abreu,    596 N. Wyoming St., Apt. 2,    Hazleton, PA 18201-4383
                                                                                 TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2017 at the address(es) listed below:

　　　Charles J DeHart, III (Trustee)　　dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
　　　Thomas I Puleo　　on behalf of Creditor　　The Bank of New York Mellon Trust Company, N.A. as trustee on behalf of CWABS Asset-Backed Certificates Trust 2005-9, as authorized aservicer for CWABS, Inc., Asset-Backed Certificates Trust 2005-9, a tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
　　　Tullio DeLuca　　on behalf of Debtor Miguelina Abreu　tullio.deluca@verizon.net
　　　United States Trustee　　ustpregion03.ha.ecf@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Miguelina Abreu **Debtor(s)** | Chapter 13 |
| | Case No. 5:16−bk−02558−RNO |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: February 23, 2017

By the Court,

*(signature)*

Honorable Robert N. Opel
United States Bankruptcy Judge
By: AGarner, Deputy Clerk